United States District Court
Northern District of New York

| | |
|---|---|
| TABITHA VANDERPOOL, ) <br> *Plaintiff*, ) <br> ) <br> vs. ) <br> ) <br> MARTIN O'MALLEY, ) <br> Commissioner of ) <br> Social Security, ) <br> *Defendant*. ) | Case 3:23-cv-1190-ML <br><br><br><br><br> Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand

The parties stipulate that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings. The parties agree that on remand, the Commissioner will offer the plaintiff the opportunity for a hearing, take further action as necessary to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

MARTIN O'MALLEY                          TABITHA VANDERPOOL,

By His Attorneys,                        By Her Attorney,

Carla B. Freedman,                       Peter A. Gorton
United States Attorney

*/s/ Shannon Fishel*                     */s/ Peter A. Gorton*
Shannon Fishel                           Peter A. Gorton
Special Assistant United States Attorney Attorney for Plaintiff
Office of Program Litigation, Office 2   1500 East Main Street
Office of the General Counsel            P.O. Box 89
Social Security Administration           Endicott, NY 13
6401 Security Boulevard                  (607) 754-0500
Baltimore, MD 21235                      lgattorneys@stny
(404) 562-1076
Shannon.Fishel@ssa.gov

IT IS SO ORDERED:

_Miroslav Lovric_
Miroslav Lovric
U.S. Magistrate Judge

Dated: ___April 1, 2024___
Binghamton, NY